AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

BRITANY L. COWART

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:21-CR-14(LAG)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Leslie Abrams Gardner
_____
Signature of Judge

LESLIE ABRAMS GARDNER, UNITED STATES DISTRICT JUDGE
_____
Name and Title of Judge

8/2/2021
_____
Date